IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **ARMANDO CARO-BONET, et al.**, Plaintiffs, v. **LOTUS MANAGEMENT LLC, et al.**, Defendants. | Civ. No. 14-1925 (DRD) |

## JUDGMENT

Pursuant to Plaintiffs' decision to voluntarily dismiss the instant action (Docket No. 7) in compliance with Fed.R.Civ.P. 41(a)(1)(A), the Court hereby enters a final judgment **DISMISSING THE INSTANT CASE WITHOUT PREJUDICE.**

**THIS CASE IS NOW CLOSED FOR ALL ADMINISTRATIVE AND STATISTICAL PURPOSES.**

**IT IS SO ORDERED, ADJUDGED AND DECREED.**

In San Juan, Puerto Rico, this 11th day of May, 2015.

S/ DANIEL R. DOMÍNGUEZ

DANIEL R. DOMÍNGUEZ
U.S. District Judge